UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOWARD COHAN,

    Plaintiff,

vs.

CASE NO.: 6:24-cv-1757-RBD-LHP

LEO 8250 ORLANDO HOTEL LLC,
a Foreign Limited Liability Company,
d/b/a EMBASSY SUITES ORLANDO
INTERNATIONAL DR,

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, LEO 8250 ORLANDO HOTEL LLC, a Foreign Limited Liability Company, d/b/a EMBASSY SUITES ORLANDO INTERNATIONAL DR, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against LEO 8250 ORLANDO HOTEL LLC, a Foreign Limited Liability Company, d/b/a EMBASSY SUITES ORLANDO INTERNATIONAL DR; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

    RESPECTFULLY SUBMITTED April 10, 2025.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Kevin M. Young** |
| Gregory S. Sconzo, Esq. | Kevin M. Young, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 114151 |
| Sconzo Law Office, P.A. | SEYFARTH SHAW LLP |
| 300 Avenue of the Champions, Suite 260 | 1075 Peachtree Street, N.E. |
| Palm Beach Gardens, FL 33418 | Suite 2500 |
| Telephone: (561) 729-0940 | Atlanta, Georgia 30309-3958 |
| Facsimile: (561) 491-9459 | Telephone: (404) 885-1500 |
| Email: greg@sconzolawoffice.com | Email: kyoung@seyfarth.com |
| Email: shtalia@sconzolawoffice.com | *Counsel for Defendant* |
| *Attorney for Plaintiff* | |

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on April 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                **<u>/s/ Gregory S. Sconzo</u>**
                                                **Gregory S. Sconzo, Esq.**