UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOWARD COHAN,

    Plaintiff,

v.                                                       Case No. 6:24-cv-1757-RBD-LHP

LEO 8250 ORLANDO HOTEL LLC,

    Defendant.
_____

**ORDER OF DISMISSAL**

The parties have filed a Joint Stipulation of Dismissal. (Doc. 24.) The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012); *see also Est. of West v. Smith*, No. 20-10071, 2021 WL 3699467, at *4 (11th Cir. Aug. 20, 2021).

Accordingly, it is **ORDERED** that this case is hereby **DISMISSED** with prejudice. The file is to remain closed.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 14, 2025.



ROY B. DALTON, JR.
United States District Judge